IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MELVIN WAGNER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:21-CV-00845N |
| | § | |
| HOME DEPOT U.S.A., INC., | § | |
| | § | |
| Defendant. | § | |

## JUDGMENT

On May 1, 2023, this action came on for a jury trial before the Honorable David C. Godbey. The Court determined that it had jurisdiction over the subject matter and the parties in this case. The Court then impaneled and swore in the jury, which heard the evidence and arguments of counsel. The Court submitted questions, definitions, and instructions to the jury. On May 5, 2023, the jury rendered its verdict in this case. In accordance with that verdict and the provisions of Rule 58 of the Federal Rules of Civil Procedure, the Court issues the present Judgment.

IT IS ORDERED ADJUDGED AND DECREED that Plaintiff, Melvin Wagner, have and recover from Defendant, Home Depot U.S.A., Inc., the following:

a. The sum of Two Hundred Twenty-Five Thousand Dollars and No Cents ($225,000.00), representing physical pain and mental anguish sustained in the past, loss of earning capacity sustained in the past, reasonable expenses of necessary medical care sustained in the past, and physical impairment sustained in the past;

b. The sum of Thirty-Six Thousand Two Hundred Seventy-Four and Fourteen Cents ($36,275.14), representing pre-judgment interest pursuant to Texas Finance Code §§ 304.102–.104, representing a rate of 5% on the amounts in paragraph a., above, from March 1, 2020, through the date of this Judgment;

c. All costs of court herein; and

    d.  Post-judgment interest on all sums awarded herein, at the rate of 4.75% per annum, from the date of the signing of this Judgment, until satisfied.

IT IS FURTHER ORDERED that this Judgment is final and appealable.

SIGNED this 26th day of May, 2023.

                                                                          _____
                                                                          DAVID C. GODBEY
                                                                          CHIEF UNITED STATES DISTRICT JUDGE